IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RICHARD DEBLOIS,<br><br>        *Plaintiff*<br>v.<br><br>CORIZON HEALTH, INC., et al.,<br><br>        **Defendants** | **CASE NO.: 1-20-cv-01816-ELH** |

## LINE OF NOTIFICATION OF SETTLEMENT

DEFENDANT, Corizon Health, Inc., through undersigned counsel, hereby files this line to notify this honorable Court of the parties' settlement and release. Defendants are awaiting receipt of the final check and payment, and request (60) days to file the stipulation of dismissal.

Respectfully submitted,

**MARKS, O'NEILL, O'BRIEN
DOHERTY & KELLY, P.C.**

 */s/ Megan T. Mantzavinos*
Megan T. Mantzavinos  Bar No. 16416
mmantzavinos@moodklaw.com
600 Baltimore Avenue, #305
Towson, Maryland  21204
(410) 339-6880
*Attorneys for Corizon Health, Inc.*

{M0312123.1}

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 8, 2022, this Line to Notify Court of Settlement was served via electronic filing to all counsel on record:

Cary J. Hansel
Hansel Law, PC
2514 N. Charles Street
Baltimore, MD 21218
cary@hansellaw.com

Samuel M. Shapiro
Samuel M. Shapiro Law Offices
200-A Monroe Street, #233
Rockville, MD 20850
Rogah@aol.com

                                             */s/ Megan T. Mantzavinos*
                                             Megan T. Mantzavinos  Bar No. 16416